DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES A. FRECHTER** and **ZHENG WANG,**
Appellants,

v.

**THE CLUB AT IBIS PROPERTY OWNERS ASSOCIATION, INC.,** as
Successor in interest to IBIS GOLF & COUNTRY CLUB, INC.,
a Florida not-for-profit Corporation,
Appellee.

No. 4D2024-2775

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James W. Sherman, Judge; L.T. Case No. 50-2019-CA-016112-XXXX-MB.

James A. Frechter and Zheng Wang, West Palm Beach, pro se.

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***